

```
                    UNITED STATES DISTRICT COURT              FILED
                                                            OCT 2 4 2005
                    FOR THE DISTRICT OF SOUTH DAKOTA
                                                            _____
                            NORTHERN DIVISION                   CLERK
```

| | | |
|---|---|---|
| DAVID SLETTING, | ) | C04-1026 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| MANHATTAN LIFE INSURANCE | ) | |
| COMPANY, CENTRAL UNITED LIFE | ) | |
| INSURANCE COMPANY AND THEIR | ) | |
| PREDECESSORS AND SUCCESSORS IN | ) | |
| INTEREST, | ) | |
| | ) | |
| Defendants. | ) | |

Upon the foregoing stipulation of the parties, and good cause being shown therefore, it is hereby

ORDERED that the above-captioned action, including all claims, counterclaims, and cross-claims, and third-party claims, asserted or unasserted, shall be dismissed with prejudice and without further costs to any party.

Dated this 24th day of October, 2005.

BY THE COURT:

Charles B. Kornmann
United States District Judge

ATTEST:
Joseph Hass, Clerk
By: _____
        (Deputy)

(SEAL)